AO 440 (Rev 1/90) Summons in a Civil Action

# United States District Court

DISTRICT OF __MASSACHUSETTS__

DUSA Pharmaceuticals, Inc. and Queen's University at Kingston

V.

New England Compounding Pharmacy, Inc.

SUMMONS IN A CIVIL ACTION

CASE NUMBER:

04 12703 NMG

TO: (Name and Address of Defendant)

Registered Agent for
New England Compounding Pharmacy, Inc.
697 Waverly Street
Framingham, MA 01701

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)  Mona M. Patel, Holland & Knight LLP, 10 St. James Avenue, Boston, MA 02116

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.



CLERK

BY DEPUTY CLERK

DATE  12/31/2004

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me (1) | DATE: December 28, 2004 |
| NAME OF SERVER: THOMAS G. JACKSON | TITLE: Process Server / A Disinterested Person |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:
_____ , MASSACHUSETTS

☐ Left copies thereof at the defendant's dwelling or usual place of abode with a person of suitable age and discretion then residing therein. Name of person whom the summons and complaint were left:
_____

Said service was made at: _____ , MASSACHUSETTS

☒ Other: By handling true and attested copies thereof to __Mr. Gregory Conigliaro, Registered__ ~~Duly Authorized~~ Agent for the within-named __Defendant, New England Compounding Pharmacy, Inc.__

Said service was made at:
__697 Waverly Street, Framingham__ , MASSACHUSETTS

## STATEMENT OF SERVICE FEES

| SERVICE FEE | $ 150.00 | 3 Trips | |
|---|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __December 28, 2004__
            Date

Signature of Server: *Thomas G. Jackson*

One Devonshire Place, Boston, Massachusetts
Address of Server

**ADDITIONAL INFORMATION**

PLEASE NOTE THAT IT WAS NECESSARY TO MAKE __3__ ATTEMPTS BEFORE MAKING PROPER SERVICE.

| Date | Time | Remarks | FEE |
|---|---|---|---|
| 12/27/04 | 3:55 p.m. | No service at 697 Waverly St., Framingham, Ma. - Business closed | $ 65.00 |
| | | Your Office instructed Process Server to attempt service at 701 Waverly St., Framingham, Ma. | $ |
| 12/27/04 | 4:10 p.m. | No service at 701 Waverly St., Framingham, Ma. - Said address is Conigliaro Industries where the only employee present stated within-named is closed today & will be open tomorrow at 9am | $ 20.00 |
| 12/28/04 | 9:10 a.m. | Service was made at 697 Waverly St., Framingham, Ma. | $ 65.00 |
| | | | $ |
| | | TOTAL | $ 150.00 |

ALSO SERVED:
- CIVIL ACTION COVER SHEET
- CATEGORY SHEET
- FORM AO 120

(1) As to who may serve a summons see Rule 4 to the Federal Rules of Civil Procedure.

---

**Suvalle, Jodrey & Associates**
**Massachusetts Constables since 1925**

**One Devonshire Place**
**Boston, MA 02109**

Telephone # (617) 720-5733
Fax # (617) 720-5737