UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DUSA PHARMACEUTICALS, INC. and QUEEN'S UNIVERSITY AT KINGSTON,<br><br>    Plaintiffs,<br><br>    v.<br><br>NEW ENGLAND COMPOUNDING PHARMACY, INC.,<br><br>    Defendant. | Civil Action No. 04-12703 NMG |

**CORPORATE DISCLOSURE STATEMENT
OF NEW ENGLAND COMPOUNDING PHARMACY, INC.**

Defendant New England Compounding Pharmacy, Inc. ("NECP") files the following statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure.

Defendant NECP is a privately held corporation that has no parent corporation. There are no publicly held corporations that own ten percent (10%) or more of its stock.

|  |  |
|---|---|
|  | NEW ENGLAND COMPOUNDING PHARMACY, INC. |
| Dated: January 14, 2005 | /s/ Jolynn M. Lussier<br>Jolynn M. Lussier, Esq. (BBO# 564636)<br>FISH & RICHARDSON P.C.<br>225 Franklin Street<br>Boston, MA  02110-2804<br>TEL:  (617) 542-5070<br>FAX:  (617) 542-8906<br><br>Attorneys for Defendant |

CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by first class mail on January 14, 2005.

_____

21009300.doc