IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DUSA PHARMACEUTICALS, INC.,
a New Jersey corporation; and
QUEEN'S UNIVERSITY AT
KINGSTON, a Canadian academic
organization,

      Plaintiffs,

v.

NEW ENGLAND COMPOUNDING
PHARMACY, INC., a Massachusetts
corporation,

      Defendant.

Civil Action No. 04-12703-NMG

[JURY TRIAL DEMANDED]

## MOTION FOR ADMISSION PRO HAC VICE OF
## WILLIAM J. MCNICHOL, JR. AND MARYELLEN FEEHERY

Pursuant to Local Rule 83.5.3(b), Mona M. Patel, a member of the bar of this Court, hereby moves this Court for an order allowing William J. McNichol, Jr. and Maryellen Feehery to appear *pro hac vice* in this matter on behalf of DUSA Pharmaceuticals, Inc. ("DUSA") and Queen's University at Kingston ("Queen's University"). As grounds for this motion, the undersigned relies upon the affidavits of Attorneys McNichol and Feehery, submitted herewith, and states as follows:

    1.    I am an attorney with the law firm of Holland & Knight LLP, and am a member in good standing of the bar of the United States District Court for the District of Massachusetts. I have previously filed an appearance on behalf of DUSA and Queen's University in the above-captioned action.

    2.    Attorney McNichol and Attorney Feehery are attorneys with the firm of Reed

Smith LLP ("Reed Smith"), in that firm's Philadelphia office. Reed Smith represents DUSA and Queen's University in this litigation.

3. Attorney McNichol is a member of the bar in good standing in the states of Pennsylvania, New York and Washington, and the United States Court of Appeals for the Federal Circuit, and is registered to practice before the United States Patent and Trademark Office.

4. Attorney McNichol is a member in good standing in all jurisdictions where he has been admitted to practice, except Washington, where he is no longer resident and an inactive member. There are no disciplinary proceedings pending against Attorney McNichol in any jurisdiction.

5. Attorney Feehery is a member of the bar in good standing in the Commonwealth of Pennsylvania and state of New Jersey, the United States District Court for the Eastern District of Pennsylvania and the United States Court of Appeals for the Federal Circuit, and is registered to practice before the United States Patent and Trademark Office.

6. Attorney Feehery is a member in good standing in all jurisdictions where she has been admitted to practice. There are no disciplinary proceedings pending against Attorney Feehery in any jurisdiction.

7. Attorney McNichol and Attorney Feehery are familiar with the Local Rules of the United States District Court for the District of Massachusetts.

WHEREFORE, the undersigned respectfully requests that this Court admit Attorney McNichol and Attorney Feehery to appear as counsel for DUSA and Queen's University in this matter and practice in this Court *pro hac vice*.

Respectfully submitted,

DUSA PHARMACEUTICALS, INC. and
QUEEN'S UNIVERSITY AT KINGSTON

*/s/ Mona M. Patel*
Mona M. Patel (BBO #641007)
Holland & Knight, LLP
10 St. James Street
Boston, MA 02116
(617) 523-2700 (phone)
(617) 523-6850 (fax)

Dated: February 25, 2005

# 2648034_v1