UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DUSA PHARMACEUTICALS, INC. and
QUEEN'S UNIVERSITY AT KINGSTON,

      Plaintiffs,
v.

NEW ENGLAND COMPOUNDING
PHARMACY, INC.,
      Defendant.

Civil Action No. 04-12703 NMG

**Defendant's Rule 7.1. Disclosure Statement**

The defendant, plaintiff-in-counterclaim, New England Compounding Pharmacy Inc., by and through tits counsel hereby certifies that there is no parent corporation or corporation which is publicly held which owns 10% or more of its stock.

Respectfully submitted,

    /s/ Daniel M. Rabinovitz

Daniel Rabinovitz, BBO#558419
Menard, Murphy & Walsh
60 State Street – 34th Floor
Boston, MA 02109
(617) 832-2500

March 18, 2005

**CERTIFICATE OF SERVICE**

I, Daniel M. Rabinovitz, hereby certify that on this 15th day of March 2005, I caused a copy of this Answer and Counterclaim to be served by first-class mail, postage prepaid, addressed to
Mona M. Patel, Esquire of Holland & Knight located at 10 St. James Avenue Boston, MA, 02116 and filed electronically on March 18, 2005

    /s/ Daniel M. Rabinovitz