IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DUSA PHARMACEUTICALS, INC., a New Jersey corporation; and QUEEN'S UNIVERSITY AT KINGSTON, a Canadian academic organization, <br><br> Plaintiffs, <br><br> v. <br><br> NEW ENGLAND COMPOUNDING PHARMACY, INC., a Massachusetts corporation, <br><br> Defendant. | Civil Action No. 04-12703-NMG <br><br> [JURY TRIAL DEMANDED] |

## PLAINTIFFS' CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, plaintiffs DUSA Pharmaceuticals, Inc. and Queen's University at Kingston file the following statement:

DUSA Pharmaceuticals, Inc. has no parent corporation. There are no publicly held corporations that own 10% or more of its stock. Queen's University at Kingston has no parent corporation. There are no publicly held corporations that own 10% or more of its stock.

Respectfully submitted,

DUSA PHARMACEUTICALS, INC. and
QUEEN'S UNIVERSITY AT KINGSTON

/s/ Mona M. Patel
Mona M. Patel (BBO #641007)
Holland & Knight, LLP
10 St. James Street
Boston, MA  02116
(617) 523-2700 (phone)
(617) 523-6850 (fax)

>William J. McNichol, Jr. (*pro hac vice*)
>Maryellen Feehery (*pro hac vice*)
>Reed Smith LLP
>1650 Market Street
>Philadelphia, PA 19103
>(215) 851-8100 (phone)
>(215) 851-1420 (fax)

Dated: May 4, 2005

## CERTIFICATE OF SERVICE

I, Mona M. Patel, hereby certify that on this 4th day of May, 2005, I caused the within Plaintiffs' Corporate Disclosure Statement to be served upon the defendant in this action by causing a copy thereof to be delivered via electronic filing to its counsel of record, Daniel M. Rabinovitz, Menard, Murphy & Walsh LLP, 60 State Street, Boston, MA 02109.

/s/ Mona M. Patel 

# 2818884_v1