Mona Patel
Holland & Knight LLP
10 St. James Avenue, 11th Floor
Boston, Massachusetts 02116

William J. McNichol, Jr.
Maryellen Feehery
Valerie Brand
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DUSA PHARMACEUTICALS, INC., a New Jersey corporation; and QUEEN'S UNIVERSITY AT KINGSTON, a Canadian academic organization, | |
| Plaintiffs, | Civil Action No. 04-12703-NMG |
| v. | |
| NEW ENGLAND COMPOUNDING PHARMACY, INC., a Massachusetts corporation, | |
| Defendant. | |

## LOCAL RULE 16.1(D)(3) CERTIFICATION

Pursuant to Local Rule 16.1(D)(3) of the United States Court for the District of Massachusetts, the Plaintiffs, DUSA Pharmaceuticals, Inc. and Queen's University at Kingston, and their counsel certify the following:

608329

1. Plaintiffs and their counsel have conferred with a view towards establishing a budget for the costs of conducting the full course and various alternative courses of litigation; and

2. Plaintiffs and their counsel have considered the use of alternative dispute resolution programs to resolve the litigation.

| DUSA Pharmaceuticals, Inc. *[signature]* Name: Scott Lundahl Title: Vice President of Regulatory Affairs and Intellectual Property Date: 6-29-05 | Queen's University at Kingston Name: Title: Date: |
|---|---|
| Reed Smith, LLP *[signature]* William J. McNichol, Jr. Maryellen Feehery Valerie Brand Reed Smith LLP 2500 One Liberty Place 1650 Market Street Philadelphia, PA 19103 Date: 6/29/05 | |

Respectfully submitted,

DUSA PHARMACEUTICALS, INC. AND
QUEEN'S UNIVERSITY AT KINGSTON,

By their attorney,

/s/ Mona M. Patel

Mona M. Patel (BBO #641007)
Holland & Knight, LLP
10 St. James Avenue
Boston, MA 02166
(617) 523-2700 (phone)
(617) 523-6850 (fax)

-2-