IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DUSA PHARMACEUTICALS, INC., a New Jersey corporation; and QUEEN'S UNIVERSITY AT KINGSTON, a Canadian academic organization, | Civil Action No. 04-12703-NMG |
| Plaintiffs, | |
| v. | [JURY TRIAL DEMANDED] |
| NEW ENGLAND COMPOUNDING PHARMACY, INC., a Massachusetts corporation, | |
| Defendant. | |

**MOTION FOR ADMISSION**
**PRO HAC VICE OF VALERIE BRAND PIPANO**

Pursuant to Local Rule 83.5.3(b), Mona M. Patel, a member of the bar of this Court, hereby moves this Court for an order allowing Valerie Brand Pipano to appear *pro hac vice* in this matter on behalf of DUSA Pharmaceuticals, Inc. ("DUSA") and Queen's University at Kingston ("Queen's University"). As grounds for this motion, the undersigned relies upon the affidavit of Attorney Pipano, submitted herewith, and states as follows:

1. I am an attorney with the law firm of Holland & Knight LLP, and am a member in good standing of the bar of the United States District Court for the District of Massachusetts. I have previously filed an appearance on behalf of DUSA and Queen's University in the above-captioned action.

2. Attorney Pipano is an attorney with the firm of Reed Smith LLP ("Reed Smith"), in that firm's Philadelphia office. Reed Smith represents DUSA and Queen's University in this

litigation.

3.  Attorney Pipano is a member of the bar in good standing in the Commonwealth of Pennsylvania and the United States District Court for the Eastern District of Pennsylvania.

4.  Attorney Pipano is a member in good standing in all jurisdictions where she has been admitted to practice. There are no disciplinary proceedings pending against Attorney Pipano in any jurisdiction.

5.  Attorney Pipano is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

WHEREFORE, the undersigned respectfully requests that this Court admit Attorney Pipano to appear as counsel for DUSA and Queen's University in this matter and practice in this Court *pro hac vice*.

        Respectfully submitted,

        DUSA PHARMACEUTICALS, INC. and
        QUEEN'S UNIVERSITY AT KINGSTON.

        By their attorney,

        /s/ Mona M. Patel
        Mona M. Patel (BBO #641007)
        Holland & Knight, LLP
        10 St. James Street
        Boston, MA  02116
        (617) 523-2700 (phone)
        (617) 523-6850 (fax)

Dated: June 30, 2005

# 3031747_v1