IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| DUSA PHARMACEUTICALS, INC., a New Jersey corporation; and QUEEN'S UNIVERSITY AT KINGSTON, a Canadian academic organization, | : : : : : : | Civil Action No. 04-12703-NMG |
| Plaintiffs, | : : | |
| v. | : : | [JURY TRIAL DEMANDED] |
| NEW ENGLAND COMPOUNDING PHARMACY, INC., a Massachusetts corporation, | : : : : | |
| Defendant. | : : | |

## AFFIDAVIT OF VALERIE BRAND PIPANO

Valerie Brand Pipano, being duly sworn, hereby certifies that:

1.    I am an associate with the law firm of Reed Smith LLP, 2500 One Liberty Place, 1650 Market Street, Philadelphia, PA 19103. I respectfully submit this affidavit in support of the Motion for Leave to Appear Pro Hac Vice pursuant to Local Rule 83.5.3(b), seeking my admission to practice before the Court in the above-captioned case.

2.    I am a member of the bar in good standing in the commonwealth of Pennsylvania and the United States District Court for the Eastern District of Pennsylvania.

3.    I am a member in good standing in all jurisdictions where I have been admitted to practice.

4.    There is no disciplinary proceeding pending against me as a member of the bar in any jurisdiction.

5.    I am familiar with the Local Rules of this Court.

6.    This application is made so that I may appear on behalf of Plaintiffs DUSA

Pharmaceuticals, Inc. and Queen's University at Kingston.


Signed under the pains and penalties of perjury this 27 day of June, 2005.


Valerie Brand Pipano