IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DUSA PHARMACEUTICALS, INC., a New Jersey corporation; and QUEEN'S UNIVERSITY AT KINGSTON, a Canadian academic organization,<br><br>Plaintiffs,<br><br>v.<br><br>NEW ENGLAND COMPOUNDING PHARMACY, INC., a Massachusetts corporation,<br><br>Defendant. | Civil Action No. 04-12703-NMG<br><br>[JURY TRIAL DEMANDED] |

## NOTICE OF APPEARANCE

Please enter my appearance for plaintiffs, DUSA Pharmaceuticals, Inc. and Queen's University, in the above-captioned action.

Respectfully submitted,

/s/Edward J. Naughton
Edward J. Naughton (BBO #600059)
HOLLAND & KNIGHT, LLP
10 St. James Street
Boston, MA  02116
(617) 523-2700 (Telephone)
(617) 523-6850 (Facsimile)

Dated: July 7, 2005