UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DUSA PHARMACEUTICALS, INC. and<br>QUEEN'S UNIVERSITY AT KINGSTON,<br><br>      Plaintiffs,<br><br>v.<br><br>NEW ENGLAND COMPOUNDING<br>PHARMACY, INC.,<br><br>      Defendant. | Civil Action No. 04-12703 NMG |

## I. DEFENDANT'S LOCAL RULE 16.1(D)(3) CERTIFICATION

The undersigned counsel and New England Compounding Pharmacy, Inc. ("NECP") hereby certify that NECP and his counsel have conferred (a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

                                                Respectfully Submitted

                                                /s/ Greg Conigliaro

                                                NEW ENGLAND COMPOUNDING
                                                PHARMACY, INC.

                                                By its attorneys,

                                                /s/ Daniel M. Rabinovitz

                                                Daniel M. Rabinovitz, BBO No. 558419

                                                Menard, Murphy & Walsh LLP

                                                60 State Street - 34th Floor

                                                Boston, Massachusetts 02109

Dated: July 18, 2005            (617) 832-2500