IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DUSA PHARMACEUTICALS, INC., a New Jersey corporation; and QUEEN'S UNIVERSITY AT KINGSTON, a Canadian academic organization,<br><br>Plaintiffs,<br><br>v.<br><br>NEW ENGLAND COMPOUNDING PHARMACY, INC., a Massachusetts corporation,<br><br>Defendant. | Civil Action No. 04-12703-NMG<br><br>[JURY TRIAL DEMANDED] |

## MOTION FOR ADMISSION
## PRO HAC VICE OF TAMARA JENNIFER YORITA

Pursuant to Local Rule 83.5.3(b), Mona M. Patel, a member of the bar of this Court, hereby moves this Court for an order allowing Tamara Jennifer Yorita to appear *pro hac vice* in this matter on behalf of DUSA Pharmaceuticals, Inc. ("DUSA") and Queen's University at Kingston ("Queen's University"). As grounds for this motion, the undersigned relies upon the affidavit of Attorney Yorita, submitted herewith, and states as follows:

1.    I am an attorney with the law firm of Holland & Knight LLP, and am a member in good standing of the bar of the United States District Court for the District of Massachusetts. I have previously filed an appearance on behalf of DUSA and Queen's University in the above-captioned action.

2.    Attorney Yorita is an attorney with the firm of Reed Smith LLP ("Reed Smith"), in that firm's Philadelphia office. Reed Smith represents DUSA and Queen's University in this

litigation.

3. Attorney Yorita is a member of the bar in good standing in the District of Columbia, the State of California, the United States District Court for the Southern District of California and the United States District Court for the District of Columbia, and is registered to practice before the United States Patent and Trademark Office.

4. Attorney Yorita is a member in good standing in all jurisdictions where she has been admitted to practice. There are no disciplinary proceedings pending against Attorney Yorita in any jurisdiction.

5. Attorney Yorita is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

WHEREFORE, the undersigned respectfully requests that this Court admit Attorney Yorita to appear as counsel for DUSA and Queen's University in this matter and practice in this Court *pro hac vice*.

>Respectfully submitted,
>
>DUSA PHARMACEUTICALS, INC. and
>QUEEN'S UNIVERSITY AT KINGSTON.
>
>By their attorneys,
>
>/s/ **Mona M. Patel**
>Edward Naughton (BBO #600059)
>Mona M. Patel (BBO #641007)
>Holland & Knight, LLP
>10 St. James Street
>Boston, MA 02116
>(617) 523-2700 (phone)
>(617) 523-6850 (fax)

Dated: September 12, 2005

# 3212442_v1