IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DUSA PHARMACEUTICALS, INC., a New Jersey corporation; and QUEEN'S UNIVERSITY AT KINGSTON, a Canadian academic organization,<br><br>Plaintiffs,<br><br>v.<br><br>NEW ENGLAND COMPOUNDING PHARMACY, INC., a Massachusetts corporation,<br><br>Defendant. | Civil Action No. 04-12703-NMG<br><br>[JURY TRIAL DEMANDED] |

## AFFIDAVIT OF TAMARA JENNIFER YORITA

Tamara Jennifer Yorita, being duly sworn, hereby certifies that:

1.     I am an associate with the law firm of Reed Smith LLP, 2500 One Liberty Place, 1650 Market Street, Philadelphia, PA 19103. I respectfully submit this affidavit in support of the Motion for Leave to Appear Pro Hac Vice pursuant to Local Rule 83.5.3(b), seeking my admission to practice before the Court in the above-captioned case.

2.     I am a member of the bar in good standing in the District of Columbia, the State of California, the United States District Court for the District of Columbia, and the United States District Court for the Southern District of California. I am registered to practice before the United States Patent and Trademark Office.

3.     I am a member in good standing in all jurisdictions where I have been admitted to practice.

4.  There is no disciplinary proceeding pending against me as a member of the bar in any jurisdiction.

5.  I am familiar with the Local Rules of this Court.

6.  This application is made so that I may appear on behalf of Plaintiffs DUSA Pharmaceuticals, Inc. and Queen's University at Kingston.

Signed under the pains and penalties of perjury this 12 day of September, 2005.

_____
Tamara Jennifer Yorita