United States District Court
District of Massachusetts

```
_____
                                   )
DUSA PHARMACEUTICALS, INC. and     )
QUEEN'S UNIVERSITY AT KINGSTON,    )
                                   )
        Plaintiffs,                )
                                   )
        v.                         )   Civil Action No.
                                   )   04-12703-NMG
NEW ENGLAND COMPOUNDING            )
PHARMACY, INC.,                    )
                                   )
        Defendant.                 )
_____)
```

**SUPPLEMENTAL ORDER**

**GORTON, J.**

This Court issued an Order on November 17, 2005, in which it denied plaintiffs' motion for an order compelling discovery under terms sought by plaintiffs. The Court denied, as moot, defendant's cross-motion for a protective order on that same date. The Court did not address in that Order, nor intend to negate, any compromise that the parties had reached prior to the filing of the subject motions.

**So ordered.**

                        /s/ Nathaniel M. Gorton
                        Nathaniel M. Gorton
                        United States District Judge

Dated: November 21, 2005

-1-