UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DUSA PHARMACEUTICALS, INC. and QUEEN'S UNIVERSITY AT KINGSTON,<br><br>    Plaintiffs,<br><br>    v.<br><br>NEW ENGLAND COMPOUNDING PHARMACY, INC.,<br><br>    Defendant. | Civil Action No. 04-12703 NMG |

**JOINT MOTION TO EXTEND TIME TO
RESPOND TO WRITTEN DISCOVERY**

Now come the parties in the above captioned matter and hereby move this Honorable Court to extend the deadline to respond to written discovery from December 31, 2005 to January 13, 2006.

In further support of this motion the parties state as follows:

1. On July 7, 2005, this Honorable Court ordered that all discovery requests be responded to by December 31, 2005.

2. The parties have recently instituted settlement discussions, which are ongoing.

3. In order to allow the settlement discussions to continue with out the distraction of meeting the December 31, 2005 deadline, the parties request that the deadline to respond to written discovery be extended for two (2) weeks until January 13, 2006.

4. The parties shall also be permitted until January 13, 2006 to file all motions to compel and/or other pleadings arising from written discovery requests.

5. This is the parties' first request of this nature.

6. Neither side shall be prejudiced by this extension and because neither side requests that any other deadlines be extended, granting this motion shall not delay

the disposition of this matter.

Respectfully submitted,

| Attorneys for Plaintiffs | Attorneys for Defendant |
|---|---|
| ____/s/ Valerie Brand Pipano____<br>Edward Naughton (BBO #600059)<br>Mona M. Patel (BBO #641007)<br>Holland & Knight, LLP<br>10 St. James Avenue<br>Boston, MA  02116<br>(617) 523-2700 (phone)<br><br>William J. McNichol, Jr.<br>Maryellen Feehery<br>Valerie Brand Pipano<br>Reed Smith LLP<br>2500 One Liberty Place<br>1650 Market Street<br>Philadelphia, PA 19103<br>(215) 851-8100 (phone)<br>(215) 851-1420 (fax)<br><br>Date: December 27, 2005 | /s/ Daniel M. Rabinovitz<br>Daniel M. Rabinovitz<br>(BBO # 558419)<br>Menard, Murphy & Walsh LLP<br>60 State Street - 34th Floor<br>Boston, Massachusetts 02109<br><br>Dated: December 27, 2005 |

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DUSA PHARMACEUTICALS, INC. and<br>QUEEN'S UNIVERSITY AT KINGSTON,<br><br>            Plaintiffs,<br><br>      v.<br><br>NEW ENGLAND COMPOUNDING<br>PHARMACY, INC.,<br><br>            Defendant. | Civil Action No. 04-12703 NMG |

## **ORDER**

**AND NOW**, this ___ day of _____, 2005, upon consideration of the Joint Motion to Extend Time to Respond to Written Discovery, it is hereby **ORDERED** and **DECREED** that the motion is **GRANTED** and the deadline to respond to written discovery be extended for two (2) weeks until **January 13, 2006**. The parties shall also be permitted until **January 13, 2006** to file all motions to compel and/or other pleadings arising from written discovery requests.

SO ORDERED.

_____
Nathaniel M. Gorton
United States District Judge

Dated: _____, 2005