IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DUSA PHARMACEUTICALS, INC., a New Jersey corporation, and QUEEN'S UNIVERSITY AT KINGSTON, a Canadian academic organization, <br><br> Plaintiffs, <br><br> v. <br><br> NEW ENGLAND COMPOUNDING PHARMACY, INC., a Massachusetts corporation, <br><br> Defendant. | Civil Action No. 04-12703-NMG |

## NOTICE OF WITHDRAWAL OF APPEARANCE OF MONA M. PATEL

Please note the withdrawal of the appearance of Mona M. Patel as counsel for plaintiffs DUSA Pharmaceuticals, Inc. and Queen's University at Kingston. DUSA Pharmaceuticals, Inc. and Queen's University at Kingston will continue to be represented in this matter by Edward Naughton of the law firm of Holland & Knight, LLP.

Respectfully submitted,

/s/ **Mona M. Patel**
Mona M. Patel (BBO #641007)
Holland & Knight, LLP
10 St. James Street
Boston, MA 02116
(617) 523-2700 (phone)
(617) 523-6850 (fax)

Dated: January 12, 2006