UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DUSA PHARMACEUTICALS, INC. and
QUEEN'S UNIVERSITY AT KINGSTON,

    Plaintiffs,

    v.

NEW ENGLAND COMPOUNDING
PHARMACY, INC.,

    Defendant.

Civil Action No. 04-12703 NMG

## SECOND JOINT MOTION TO EXTEND TIME TO RESPOND TO WRITTEN DISCOVERY

Now come the parties in the above captioned matter and hereby move this Honorable Court to extend the deadline to respond to written discovery from January 13, 2006 until January 31, 2006.

In further support of this motion the parties state as follows:

1. On July 7, 2005, this Honorable Court ordered that all discovery requests be responded to by December 31, 2005.

2. In furtherance of settlement discussion that had recently been instituted, the parties filed a Joint Motion to Extend Time to Respond to Written Discovery.

3. On January 10, 2006, the Court granted this motion, thereby extending the period to respond to written discovery and file motions to compel until January 13, 2006.

4. The parties are still actively engaged in settlement discussions. In order to allow the settlement discussions to continue with out the distraction of meeting the January 13, 2006 deadline, the parties hereby request that the deadline to respond to written discovery be again extend until January 31, 2006.

5. The parties shall also be permitted until January 31, 2006 to file all motions to compel and/or other pleadings arising from written discovery requests.

6. Neither side shall be prejudiced by this extension and because neither side requests that any other deadlines be extended, granting this motion shall not delay the disposition of this matter.

Respectfully submitted,

| Attorneys for Plaintiffs | Attorneys for Defendant |
|---|---|
| /s/ Edward J. Naughton | /s/ Daniel M. Rabinovitz |
| Edward Naughton (BBO #600059) | Daniel M. Rabinovitz |
| Mona M. Patel (BBO #641007) | (BBO # 558419) |
| Holland & Knight, LLP | Menard, Murphy & Walsh LLP |
| 10 St. James Avenue | 60 State Street - 34th Floor |
| Boston, MA  02116 | Boston, Massachusetts 02109 |
| (617) 523-2700 (phone) | |
| | Dated: January 12, 2006 |
| William J. McNichol, Jr. | |
| Maryellen Feehery | |
| Valerie Brand Pipano | |
| Reed Smith LLP | |
| 2500 One Liberty Place | |
| 1650 Market Street | |
| Philadelphia, PA 19103 | |
| (215) 851-8100 (phone) | |
| (215) 851-1420 (fax) | |

Date: January 12, 2006

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DUSA PHARMACEUTICALS, INC. and
QUEEN'S UNIVERSITY AT KINGSTON,

       Plaintiffs,

  v.

NEW ENGLAND COMPOUNDING
PHARMACY, INC.,

       Defendant.

Civil Action No. 04-12703 NMG

## **ORDER**

**AND NOW**, this ___ day of _____, 2006, upon consideration of the Second Joint Motion to Extend Time to Respond to Written Discovery, it is hereby **ORDERED** and **DECREED** that the motion is **GRANTED** and the deadline to respond to written discovery be extended until **January 31, 2006**. The parties shall also be permitted until **January 31, 2006** to file all motions to compel and/or other pleadings arising from written discovery requests.

                                               SO ORDERED.

                                               _____
                                               Nathaniel M. Gorton
                                               United States District Judge

Dated: _____, 2006

# 3513812_v1